NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0122n.06
Filed: February 15, 2005

No. 03-4435

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| KALIL A. ALKASAB, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellant**, | ) | UNITED STATES DISTRICT |
| | ) | C O U R T   F O R   T H E |
| v. | ) | NORTHERN DISTRICT OF |
| | ) | OHIO |
| CLEVELAND STATE UNIVERSITY, | ) | |
| | ) | **M E M O R A N D U M** |
| **Defendant-Appellee**. | ) | **O P I N I O N** |

BEFORE: NORRIS, GIBBONS, Circuit Judges; TODD, District Judge.[*]

**PER CURIAM.** Plaintiff, Kalil A. Alkasab, appeals from the district court's grant of summary judgment to defendant, Cleveland State University, in this employment discrimination case.

Having had the benefit of oral argument and having carefully considered the record on appeal, the briefs of the parties, and the applicable law, we are not persuaded that the district court erred in granting summary judgment to defendant.

Because the reasoning which supports judgment for defendant has been articulated by the district court, the issuance of a detailed written opinion by this court would serve no useful purpose.

---

[*]The Honorable James D. Todd, Chief United States District Court Judge for the Western District of Tennessee, sitting by designation.

Accordingly, the judgment of the district court is **affirmed** upon the reasoning employed by that

court in its Order and Decision dated September 26, 2003.